UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
VAESO, INC.,                                                       :
                                                                   :                22 Civ. 1220 (PAE)
                                           Plaintiff,              :
                                                                   :                    ORDER
              -v-                                                  :
                                                                   :
HIGH PEAK SOFTWARE, INC.,                                          :
                                                                   :
                                           Defendant.              :
                                                                   :
                                                                   :
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      On February 14, 2022, the Court received an emergency motion for a preliminary injunction and temporary restraining order from plaintiff Vaeso, Inc. ("Vaeso"). Dkt. 2. Vaeso claims that defendant High Peak Software, Inc. ("HPS") has threatened to use, disseminate, and/or monetize Vaeso's computer code, resulting in irreparable harm and violating the parties' contract, which requires confidentiality. Dkt. 2-1 ("Suarez Aff.") ¶ 4; Dkt. 2-2 ("Mem.") at 2. Vaeso also filed a complaint against HPS, alleging breach of contract and breach of good faith and fair dealing. *See* Dkts. 1, 6 (corrected filing).

      The Court directs Vaeso to serve HPS with all public filings, including the complaint and the emergency motion, by the end of the day today, February 14, 2022, and to file proof of service on the docket of the same by tomorrow, February 15, 2022. Counsel for HPS is directed to respond to the emergency motion in a letter of no more than three single spaced pages by Friday, February 18, 2022. The Court will thereupon promptly determine whether to hold a hearing before deciding whether to grant plaintiff's motion.

SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                          Paul A. Engelmayer
                                                                          United States District Judge

Dated: February 14, 2022
       New York, New York