## AFFIRMATION OF SERVICE VIA EMAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

      LLOYD J. WEINSTEIN, an attorney duly licensed to practice law in the State and Federal Courts of New York, under the penalties of perjury, affirms as follows:

      Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

      On May 23, 2022, deponent served the following documents via email to Peter Schoenthaler, Esq. at pfs@schoenthalerlaw.com, David G. Liston, Esq. at david.liston@listonabramson.com, Chris Rosser, Esq. at crosser@schoenthalerlaw.com, and Alex G. Patchen, Esq. at alex.patchen@listonabramson.com:

1. Vaeso/Impactiva Response to Interrogatories
2. Vaeso/Impactiva Response to Document Demands
3. 2022.05.22 correspondence providing login credentials to access discovery.
4. Vaeso-HPS Lawsuit Document Preparation Guide

Affirmed this 24th day of May, 2022

                                            LLOYD J. WEINSTEIN, Esq.
                                            (Rule §130-1.1a) (NYS Tech Law §304(2))