THE **WEINSTEIN** GROUP, P.C.

6800 JERICHO TURNPIKE, SUITE 112W • SYOSSET, NEW YORK 11791 • TEL: 516-802-5330 • FAX: 516-802-5332

July 11, 2022

United States District Court
Honorable Paul A. Engelmayer
40 Foley Square
New York, New York 10007

      Re:    Vaeso, Inc. v. High Peak Software, Inc.
              Docket Number: 22-cv-01220

Kindly accept this letter in response to the Court's Notation on Plaintiff's cross-letter-motion concerning the length of the submission. Pursuant to the Court's Rules, upon receipt of the Defendant's letter-motion, I telephoned Chambers on July 6, 2022 to (a) confirm that Plaintiff would be filing an opposition to the application and (b) to request an additional page length up to 6 pages because the submission was both an opposition and cross-motion. The individual in Chambers with whom I spoke – and I did not get his name - acknowledged the future filing and allowed the increased pages.

By this letter, Plaintiff respectfully requests that the Court accept the opposition to Defendant's letter-motion and Plaintiff's cross-letter-motion as filed.

Respectfully submitted,

THE WEINSTEIN GROUP, PC

LLOYD J. WEINSTEIN, Esq.
(Rule §130-1.1a) (NYS Tech Law §304(2))

Cc:    All Counsel