

**REITLER KAILAS & ROSENBLATT** LLP

July 15, 2022

Honorable Paul A. Engelmayer
United States District Court
40 Foley Square
New York, New York 1007

        Vaeso, Inc. v. High Peak Software Inc.
        Docket No. 22-cv-01220 (PAE)

Dear Judge Engelmayer:

    Last night my firm and I were retained as new counsel for Plaintiff Vaeso in the above pending case. I am writing to request a 30-day adjournment of the discovery deadlines in the case to permit me to familiarize myself with the case and participate in the completion of the outstanding discovery. While I am an experienced attorney, having just entered my 50th year of practice, I cannot come up to speed quickly enough to meet the existing discovery deadlines.

    I understand that your July 11, 2022 Endorsed Order granting a discovery extension states that no further extensions would be granted absent extraordinary circumstances. I believe, respectfully, that the current change of Vaeso's counsel qualifies as extraordinary, but I appreciate this issue is exclusively for you to decide. Counsel for Defendant High Peak Software does not object to this request.

                                          Respectfully yours,

                                          Leo G. Kailas, Esq.

| New York | Princeton | Los Angeles |
|---|---|---|
| 885 Third Avenue, 20th Floor | 4 Independence Way, Suite 120 | 227 Broadway, Suite 302 |
| New York, NY 10022 | Princeton, NJ 08540 | Santa Monica, CA 90401 |
| Main: 212-209-3050 | Main: 609-514-1500 | Main: 310-337-2305 |

299103                                     www.reitlerlaw.com

Granted. Due to the change in counsel, the Court will deny the parties' pending discovery motions, without prejudice to their re-filing upon counsel's review of the record and meet-and-confers with defense counsel.

The parties are directed to submit a proposed amended case management plan by July 20, 2022.

The Clerk of the Court is respectfully directed to close the motions pending at dockets 49 and 56.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
7/18/22