**Subject:** RE: Farida Deployment – V 2.5 -- confused why so many known issues in what we just released to Farida production
**From:** Mamatha Naganna <mnaganna@vaeso.com>
**Date:** 11/06/20, 4:48 am
**To:** Anoop Sudheendra <anoop.sudheendra@highpeaksw.com>
**CC:** Madhu Seshadri <mseshadri@vaeso.com>, Sandeep Gangadhar <sgangadhar@vaeso.com>, Shobitha Paramashivaiah <sparamashivaiah@vaeso.com>, Vinay Chandra <vchandra@vaeso.com>, "keerthi@highpeaksw.com" <keerthi@highpeaksw.com>

Anoop,

Except for about 5 or 6 issues, most of them look like are Minor issues / have workarounds.

Please resend the list by classifying the issues as Critical / Major / Minor and mentioning the work arounds, if any.

The Critical / Major issues should have an estimated Fix Date.

**A release notes should never be sent in this format,** it causes Panic amongst stakeholders

While replying to Jose, Please reply with the below mentioned format and data

- Issue description
- Severity
- Impact – Business Impact (What cant the user do because of this issue. A well written bug should have this information)
- Estimated Fix Date for (Critical & Major)

Mamatha

---

**From:** Jose Suarez <jsuarez@vaeso.com>
**Sent:** 11 June 2020 04:09
**To:** Anoop Sudheendra <asudheendra@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; Kadhirvelu Vaithilingam <kvaithilingam@impactiva.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Bill Blay <bblay@vaeso.com>
**Cc:** Madhu Seshadri <mseshadri@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Shobitha Paramashivaiah <sparamashivaiah@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; keerthi@highpeaksw.com
**Subject:** RE: Farida Deployment – V 2.5 -- confused why so many known issues in what we just released to Farida production

Thanks Anoop but I'm confused.  I spoke to Sandeep G. last night and he said the long list of known issues were related to other functionality current in QA and not what we were about to release to production.  Thus, please clarify?

**From:** Anoop Sudheendra <asudheendra@vaeso.com>
**Sent:** Wednesday, June 10, 2020 1:50 PM
**To:** Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-

ext@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; Kadhirvelu Vaithilingam <kvaithilingam@impactiva.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Jose Suarez <jsuarez@vaeso.com>; Bill Blay <bblay@vaeso.com>
**Cc:** Madhu Seshadri <mseshadri@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Shobitha Paramashivaiah <sparamashivaiah@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; keerthi@highpeaksw.com
**Subject:** Farida Deployment - V 2.5

Hi Team,

The **Farida factory** is deployed with the **Vaeso V 2.5 with MM-01, User Management and CR's** of the features mentioned below.

Please find the details,

**Application: Vaeso**

**Build Version: V 2.5**
**Modules Deployed:**

- MM-01
- User Management
- CR- Top 15 Defects
- CR- QCG Name
- CR- Departments, Line

**Known Issues:**

- Uploaded PO details are not displayed under 'Pending' and 'Purchase Order' tab. This is inconsistent.
- Role Specific - QC Guardian - On click of back button its navigating to "Unauthorized" screen
- UM - Application throws 'something went wrong error' when multiple options are selected as Messaging applications

- Production Dashboard - Range - On selecting data, "Application error,please contact support team"

- MD_04- Targets - On updating the targets,count is getting added to existing count present

- RFID Decouple - Multiple-s-w - 2nd view - On selecting and deselecting the size and width, it's displaying "scan tag" instead of count
- UM - Diacritical values in Cities drop down
- UM - Application throws 'something went wrong error' when multiple options are selected as Messaging applications
- RFID: In Couple-Decouple screen, if we scan the decoupled card data after a few scans, then the unit count will be reset to the initial count.
- QCG: When two different PF's are assigned to a single Line, their respective workstations are not displayed in QCG workstation dropdown.
- Departments - Action Icon should not enable without entering any data, FE validation has to be added
- Departments - Action Icon should not enable while added special characters, FE validation has to be added
- UM: Contact Info: In Address section country data should auto-populate based on the switchboard number selection
- WO: Status labels are overlapping in work orders headings and this is an inconsistent bug
- UM: Change Password Screen: Spacing Issue observed in very first line (i.e: In order to protect your account, please create a new "**passwordEnsure**" your password has)
- UM: Messaging: First sentence is Grammatically incorrect [i.e: Insert messaging apps and select the preferred(vaēso will use the preferred to communicate with you)]
- PO: Uploaded PO details are not displayed under the 'Pending' tab and 'Purchase order' screen. This is inconsistent.
- Roles: Roles name should be renamed
  1.QCgatekeeper: QC Guardian
  2.Water Spider: Water Spider

HPS_001680

3.SII: SII Consultant

4.General Manager: General Manager

**NOTE: We have tested the application with VPN access on Desktop, Please confirm the working of the same on Tabs.**

Any clarifications, Please let us know.

**Thanks and Regards,
Anoop Sudheendra**

.