**From:** Anoop Sudheendra
**To:** Jose Suarez; Vinay Chandra
**Cc:** Regis Vogel; Shahabudin Iqbal Ahmed; Sembulingam Rengasamy
**Subject:** Re: By now - these types of errors should not be happening - do you agree? FW: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-11
**Date:** Thursday, March 12, 2020 10:35:35 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png
image009.png
image010.png
image011.png
image012.png
image013.png
image014.png
image015.png
image016.png
image017.png
image018.png
image019.png
RE_ SI201.001 Farida-SII Specialist Daily Report V01 2020-03-10.eml (35 bytes).msg

Hi Jose,

Please find the Incident log attached below. Most of the issues were wrt Network/SII consultant requests. However, The below first issue was wrt QA. we addressed this issue and RCA was performed and shared to you through the attached Email.
We will make sure to reduce even these issues going forward. Inconvenience caused is regretted.

| | Concerns Raised by - SII Consultant | Issue With | Downtime in Mins | Issue Raised Date | Issue Resolved Date | Issue Raised Time | Issue Fixed Time | RCA |
|---|---|---|---|---|---|---|---|---|
| 1 | Unable to Log in application in all Tabs upto 11.00 AM IST & with the support of HP and Network team started to Log in . Few Tabs unable to Login upto 07.30 PM IST - QCGC202 & QCGC302 | Application | 7.5 hrs | 11/Mar | 11/Mar | 11.53 A.M | 7.30 P.M | RCA003 - Report shared yesterday |
| 2 | Unable to do Log out application in TAB due to browser version changes as confirmed by HP Team | Intranet Issue | - | - | - | - | - | NA |
| 3 | KPI Dashboard unable to Login with Muthu Credentials - seperate credentials created and fixed with HP team support | Request from SII Consultant | - | 11/Mar | 11/Mar | 6.41 Pm | 7.30 P.M | NA |
| 4 | Unable to Login application in Laptop | Not an Application issue/ Network settings issue | - | - | - | - | - | NA |

Thanks and Regards,
Anoop Sudheendra

**From:** Jose Suarez <jsuarez@vaeso.com>
**Sent:** 12 March 2020 18:39
**To:** Vinay Chandra <vchandra@vaeso.com>
**Cc:** Regis Vogel <rvogel@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sembulingam Rengasamy <srengasamy@impactiva.com>; Anoop Sudheendra <asudheendra@vaeso.com>
**Subject:** By now - these types of errors should not be happening - do you agree? FW: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-11

Vinay

By now - these types of errors should not be happening - do you agree?  What needs to be fixed in QA to avoid these types of errors passing into production.  We can't be making these types of errors with the Farida, KH, Allen Edmond…. A 2 day loss

**From:** Vinod Chintala <vinod.c@highpeaksw.com>
**Sent:** Thursday, March 12, 2020 7:03 AM
**To:** Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>
**Cc:** Sivakumar Palaniyandi <spalaniyandi-ext@vaeso.com>; Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Shailesh Kumar Bablu <sbablu-ext@vaeso.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Keerthi Shekar <keerthi@highpeaksw.com>; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Anoop Sudheendra <asudheendra@vaeso.com>
**Subject:** Re: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-11

Hi Ilam,

The list of below issues was fixed and the Application is also Stabe now.

| | How stable was the application today? | | 2 | 1. Unable to Login application in all TAB's upto 11.00AM IST & with the support of HP and Network team started to login. Few TAB's unable to login upto 07.30PM IST- QCGC202 & QCGC302
2. Unable to do Logout application in TAB due to browser version changes as confirmed by HP team
3. KPI Dashboard unable to login with  Muthu credentials - separate credentials created and fixed with HP team support
4. Unable to login application in Laptop |
|---|---|---|---|---|

Ilam please confirm from your end

Thanks & Regards
**Vinod Chintala**
Sr.QA Engineer
vinod.c@highpeaksw.com | Phone: +91-8125113187

On Thu, Mar 12, 2020 at 8:32 AM shahabudin <siqbal-ext@vaeso.com> wrote:

> ++ QA Team
>
> **From:** Sivakumar Palaniyandi [mailto:spalaniyandi-ext@vaeso.com]
> **Sent:** 12 March 2020 07:05
> **To:** Jose Suarez; Renaud Clausse; Kurt Cavano; Cristina Rubio; Bill Blay; George Rathbun; Sandeep Yadav; Amit Gupta; Shailesh Kumar Bablu; Balaji Ramachanderan; Madhu Seshadri; Mamatha Naganna; Yashwanth Kumar; Vivek Mohan; Clement Yu; Shahabudin Iqbal Ahmed; Sandeep Gangadhar; keerthi@highpeaksw.com; Lucas Navarro; Regis Vogel
> **Cc:** Suresh Kumar Perumal; Ilamparthi Harikrishnan
> **Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-11
>
> Dear All,
>
> Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-11.

**SII Specialist Daily Report**

Date: 2020.03.11

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Lost Time (Hours) | Cause (for lost time) | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Defect code final assessment | Written Assessment | QCG | 40 | 27 | 1.5 | 1.5 | | | | Attendance Absent percent escalated to Farida management |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Unable to login application in TAB |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Planned on 2020.03.13 |

**Specialist' Corner**     Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 3 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | NA | |
| How stable was the application today? | 2 | 1. Unable to Login application in all TAB's upto 11.00AM IST & with the support of HP and Network team started to login. Few TAB's unable to login upto 07.30PM IST- QCGC202 & QCGC302<br>2. Unable to do Logout application in TAB due to browser version changes as confirmed by HP team<br>3. KPI Dashboard unable to login with Muthu credentials - separate credentials created and fixed with HP team support<br>4. Unable to login application in Laptop |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | 5 | |
| How good was network performance today? | 3 | 1. Unnecessary sites not blocked from firewall & fixed with Network team support |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| Unable to do Login to the application in few TAB's | SII Consultant | Application setup | QCG | Fixed by HP team, missed to check in testing - RCA shared from HP team |
| Unable to do Logout application in TAB | SII Consultant | Application setup | QCG | |
| Unable to login application in Laptop | SII Consultant | Application setup | Client onboarding | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please provide your feedback on how to address the lowlights of the day | Highlights | Lowlights |
|---|---|---|
| | 1. Completed Defect code assessment<br>2. Done 5S audit by section wise 5S leaders<br>3. SWL audit Hitrate- 100% | 1. Unable to do logiC4:M40n application in TAB<br>2. Unable to do Logout application in TAB<br>3. Unable to login application in Laptop<br>4. High absenteeism & escalated to management |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Wednesday, March 11, 2020 12:01 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Shailesh Kumar Bablu <sbablu-ext@vaeso.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-10

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-10.

**SII Specialist Daily Report**

**Date: 2020.03.10**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Lost Time (Hours) | Cause (for lost time) | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Import PO and create WO | Import WO & Create WO together | Factory Planner | 4 | 4 | 1 | 1 | | | | |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Planned on 2020.03.11 |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Planned on 2020.03.13 |

**Specialist' Corner**    Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if <5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 3 | Couldn't able to do the trail run as planned, unable to the login the application TAB |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | 3 | Unable to login to the application in TAB |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | 5 | |
| How good was network performance today? | 3 | Internet connectivity has been slow and resolved at 07.55 PM IST |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please provide your feedback on how to address the lowlights & escalations of | Highlights | Lowlights |
|---|---|---|
| | 1. As per schedule learning session completed to the factory planner. 2. Successfully created first PO & WO in application 3. SWL audit hitrate 100% 4. 5S Zonewise leaders identified & allocated to start the 5S audit | 1. Unable to login the application in TAB 2. Internet connectivity has been slow |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Tuesday, March 10, 2020 12:09 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Shailesh Kumar Bablu <sbablu-ext@vaeso.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-09

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-09.

**SII Specialist Daily Report**

Date: 2020.03.09

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Lost Time (Hours) | Cause (for lost | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Dashboard deliverables | Analysing the dashboard data | Supervisor, Water spider & QCG | 45 | 15 | 1 | 1 | | | | second shift learning session not happened due to factory internal challenges. They asure to give the team on 2020.03.10 |
| Import PO and create WO | Import WO & Create WO together | Factory Planner | 4 | 4 | 1 | 1 | | | | |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Planned on 2020.03.10 |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Planned on 2020.03.13 |

**Specialist Corner**    Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | 5 | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | 1. Completed learning session on Dashboard deliverabe. 2.Completed learning session on Import PO and create WO. 3. Zone wise 5S leaders allocated to do 5S audit. 4. Received very positive feedback from factory team regarding SWL. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Monday, March 9, 2020 10:42 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Shailesh Kumar Bablu <sbablu-ext@vaeso.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-07

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-07.

## SII Specialist Daily Report

**Date: 2020.03.07**

### Learning Activity

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Lost Time (Hours) | Cause (for lost time) | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Trail yet to start after getting confirmation from HP team |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Trail yet to start after getting confirmation from HP team |
| Import PO and create WO | Creating Working order | Factory Planner | | | 0.5 | | | | | Factory team engaged in other activities, Planned on 2020.03.09 |

### Specialist Corner     Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | 5 | |
| How supportive was factory to the program today? | 5 | |

### Escalations

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TL's corner

| Please proivde your feedback on how to address the lowlights & escalations of the | Highlights | Lowlights |
|---|---|---|
| | 1. 6 TV's placed in assembly section<br>2. TAB placed from cutting to assembly<br>3. App launcher installation completed<br>4. Factory team following the SWL | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Saturday, March 7, 2020 3:38 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Shailesh Kumar Bablu <sbablu-ext@vaeso.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-06

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-06.

**SII Specialist Daily Report**

Date: 2020.03.06

### Learning Activity

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Lost Time (Hours) | Cause (for lost time) | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Defect Code training | 50 - Physical test failure & 60 - Fit Failure | Water spider & QCG | 45 | 35 | 3 | 3 | | | Yes | |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Hardwares yet to set |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Hardwares yet to set |
| Import PO and create WO | Creating Working order | Factory Planner | | | 0.5 | | | | | Planned on 2020.03.07 |

### Specialist Corner     Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if <5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | 4 | Internet connectivity has been slow |
| How supportive was factory to the program today? | 5 | |

### Escalations

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |

### TL's corner

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | 1. As per plan completed learning session for both the shift. It was good interactive session with factory team.  2. We had discussion with Farida team 5S Champion & given our feedback towards 5S standard improvement, He appreciated & agreed to do the same.  3. 5 TV's arrived in farida. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Friday, March 6, 2020 2:52 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-05

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-05.

**SII Specialist Daily Report**

Date: 2020.03.05

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Lost Time (Hours) | Cause (for lost time) | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Defect Code training | 40 : Mismatch | Water spider & QCG | 45 | 39 | 3 | 3 | | | Yes | |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Hardwares yet to set |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Hardwares yet to set |
| Import PO and create WO | Creating Working order | Factory Planner | | | 0.5 | | | | | Planned on 2020.03.06 |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| Factory team asked that, Instead of excel flat file can we use APK file. | Floor Manager | Application setup | Import PO | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the | Highlights | Lowlights |
|---|---|---|
| | 1. As per plan completed learning session for both the shift. It was good interactive session with factory team. 2. Started trails on RFID placement on different types of PF. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Thursday, March 5, 2020 10:21 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-04

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-04.

**SII Specialist Daily Report**

Date: 2020.03.04
**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Defect Code training | 30 : Processing error | Water spider & QCG | 45 | 36 | 3 | 3 | | | Yes | |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Planned on 2020.03.06 |
| Import PO and create WO | Importing Purchase Order | Factory Planner | | | 0.5 | | | | | Planned on 2020.03.06 |
| Water spider assessment | Written Assessment + Practical demonstration on RFID configuration | Water spider | | | 1.5 | | | | | Planned on 2020.03.09 |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | 4 | Unstable internet connection |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the | Highlights | Lowlights |
|---|---|---|
| | 1. As per plan completed learning session for both the shift. It was good interactive session with factory team. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



**From:** Sivakumar Palaniyandi
**Sent:** Wednesday, March 4, 2020 9:13 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-03

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-03.

**SII Specialist Daily Report**

Date: 2020.03.03

RFT Report

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Defect Code training | 20: Missing | Water spider & QCG | 45 | 36 | 3 | 3 | | | Yes | |
| Defect Code Assesment | Defect codes Mid Assessment | Water spider & QCG | 45 | 36 | 3 | 3 | | | Yes | |
| Mock sessions & assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 1.5 | | | | | Planned on 2020.03.06 |
| Import PO and create WO | Importing Purchase Order | Factory Planner | | | 0.5 | | | | | Planned on 2020.03.06 |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | 1. As per plan completed learning session for both the shift. It was good interactive session with factory team. 2. Mid assessment completed | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



**From:** Sivakumar Palaniyandi
**Sent:** Tuesday, March 3, 2020 11:13 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-03-02

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-03-02.

**SII Specialist Daily Report**

Date: 2020.03.02

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Import PO and create WO | | Factory Planner | | | 0.5 | | | | | Planned on 2020.03.06 |
| Value added vs non value added activity learning seminars | VA / NVA Classroom seminar and activity | Water spider, QCG & Supervisor | 62 | 47 | 1 | 1 | | | Yes | |
| Mock sessions and assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 0.5 | | | | | Planned on 2020.03.06 |

**Specialist Corner** — Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | 5 |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| App launcher yet to receive | SII Consultant | Application setup | Client onboarding | |
| TAB functionality yet to check and fix in respective workstation | SII Consultant | Application setup | Client onboarding | |
| Shoe construction wise dashboard target yet to set | SII Consultant | Application setup | Client onboarding | |

**TL's corner**

| Please provide your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. It was good interactive session with factory team. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Saturday, February 29, 2020 9:20 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-02-28

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-02-28.

**SII Specialist Daily Report**

Date: 2020.02.28

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Import PO and create WO | | Factory Planner | | | 0.5 | | | | | Planned on 2020.03.06 |
| Defect Code training | 10: Damaged | Water spider & QCG | 47 | 43 | 3 | 3 | | | Yes | |
| Mock sessions and assigned work orders | Work orders to be created for each Water Spider and provide the tags for scanning | Water spider & QCG | | | 0.5 | | | | | Planned on 2020.03.06 |

**Specialist Corner** — Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | 5 |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |

**TL's corner**

| Please provide your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. It was good interactive session with factory team. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

---

**From:** Sivakumar Palaniyandi
**Sent:** Thursday, February 27, 2020 6:26 PM

**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-02-27

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-02-27.

**SII Specialist Daily Report**

Date: 2020.02.27

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| RFID Configuration Process | Practical Demonstration of SFLC and the logging of defect codes | QCG, Supervisors | 40 | 38 | 1.5 | 1.5 | | | Yes | |
| Defect Code training | 00: Out of spec | QCG, Supervisors | 40 | 38 | 3 | 3 | | | Yes | |

**Specialist Corner** — Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| Received RFID's don't have punch hole & No option to make punch hole. | SII Consultant | Floor trials | QCG | |

**TL's corner**

| Please provide your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. It was good interactive session with factory team. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Thursday, February 27, 2020 9:19 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-02-26

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-02-26.

**SII Specialist Daily Report**

Date: 2020.02.26

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| 5S | Class room Learning session & Shop floor activity | Supervisors, Water spider & QCG | 59 | 52 | 1.5 | 1.5 | | | Yes | |
| RFID Configuration Process | Give a run through the RFID configuration process again. Provide a practical demo and use ILT PPT | Water spider & QCG | | | 1.5 | | | | | Hardwares yet to ready |
| Defect Code training | 00: Out of spec | Water spider & QCG | | | 3 | | | | | Planned on 2020.02.27 |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| Factory team was asking for 55" TV at 9 Locations (Assembly QCG *6, Closing QCG *3) | General Manager | Floor trials | QCG | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. It was good interactive session with factory team. Shop Floor activity conducted regarding 5S. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Tuesday, February 25, 2020 9:28 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>; Clement Yu <cyu@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>
**Cc:** Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>
**Subject:** RE: SI201.001 Farida-SII Specialist Daily Report V01 2020-02-25

Dear All,

Please find the attachment of SI201.001 Farida-SII Specialist Daily Report V01 2020-02-25.

**SII Specialist Daily Report**

Date: 2020.02.25

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| QCG Function Learning | Class room Learning session | QCG | 48 | 36 | 1.5 | 1.5 | | | Yes | Absent QCG Addressed through management team in Daily basis. |
| RFID Configuration Process | Give a run through the RFID configuration process again. Provide a practical demo and use ILT PPT | Water spider & QCG | | | 1.5 | | | | | Hardwares yet to ready |
| Defect Code training | 00: Out of spec | Water spider & QCG | | | 3 | | | | | Planned on 2020.02.27 |

**Specialist Corner**  Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| Factory team asked, Is there any possibilities to update Rejection & Recut raising process.(If order qty: 1000 Pairs, Final AQL Rejections 40 Pairs- Remaining quantity will be 960 Pairs, for the rejected 40 pairs can we have any option to raise Recut) | Floor Manager | Application setup | QCG | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. It was good interactive session with factory team. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Jose Suarez <jsuarez@vaeso.com>
**Sent:** Tuesday, February 25, 2020 2:32 AM
**To:** Sivakumar Palaniyandi <spalaniyandi-ext@vaeso.com>
**Cc:** Renaud Clausse <rclausse@impactiva.com>; Kurt Cavano <kcavano@vaeso.com>; Cristina Rubio <crubio@impactiva.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Amit Gupta <agupta@impactiva.com>; Balaji Ramachanderan <rbalaji@impactiva.com>; Madhu Seshadri <mseshadri@vaeso.com>; Mamatha Naganna <mnaganna@vaeso.com>; Yashwanth Kumar <ykumar@vaeso.com>; Vivek Mohan <vmohan@vaeso.com>
**Subject:** Track Shoe asking for Downtime Monitoring -- SI201.001 SII Specialist Daily Report V01-Farida 2020-02-24

Hi Sivakumar

1) Thanks for noting Track Shoes request to be able to monitor Line Down Time. It also shows they are interacting with us and interested in Vaēso LIVE.

2) Bill: food for thought; if in QCG we create a functionality in the "…" button to be able to click on a button for "Machine Down" with a drop down for the machine (DB for machines already exist):

- The accuracy of the data will be dependent on someone shouting to the QCG "my machine down", "my machine is up" – shouting can be from 10, 20, 30… meters away

- And are we cannibalizing the need for All Artisan – we have already designed the UI for the Artisan to click on "Machine Down" (for their own machine); they will obviously be incentivized to click on "Machine Down" as it exonerates them from poor productivity because they are not able to work because theiir machine is down.

4) Clement: need you to add such requests in the corresponding Page in the Roadmap excel for Vaēso LIVE>

5) Balaji: please add Clement to the Vaēso LIVE SII Daily report.

6) In other words, is it worth doing it for QCG or wait for All Artisan. Typical question when we are thinking of increasing the vale-ROI of a Basic product which may or may not reduce the value-ROI of the Premium product.

Jose

**From:** Sivakumar Palaniyandi <spalaniyandi-ext@vaeso.com>
**Sent:** Monday, February 24, 2020 11:46 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; Anoop Sudheendra <asudheendra@vaeso.com>; Madhu Seshadri <mseshadri@vaeso.com>; Amit Singh Bedi <abedi@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Amit Gupta <agupta@vaeso.com>
**Cc:** Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-24

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-24.

**SII Specialist Daily Report**

Date: 2020.02.24

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Defect code introduction | Introduction to types of Defect codes | QCG | 47 | 34 | 1.5 | 1.5 | | | Yes | |
| RFID Configuration Process | Give a run through the RFID configuration process again. Provide a practical demo and use ILT PPT | Water spider & QCG | | | 1.5 | | | | | Hardwares yet to ready |
| Defect Code training | 00: Out of spec | Water spider & QCG | | | 3 | | | | | Planned on 2020.02.27 |

**Specialist Corner**     Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| Factory team asked, Is there any posibilities to update Downtime in Application | QC Guardian | Application setup | QCG | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. It was good interactive session with factory team. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Sivakumar Palaniyandi
**Sent:** Monday, February 24, 2020 10:27 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; Anoop Sudheendra <asudheendra@vaeso.com>; Madhu Seshadri <mseshadri@vaeso.com>; Amit Singh Bedi <abedi@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Amit Gupta <agupta@vaeso.com>
**Cc:** Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-22

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-22.



**SII Specialist Daily Report**

Date: 2020.02.22

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| RFID Configuration Process | Class room Leaening session | Water spider & QCG | 38 | 33 | 1.5 | 1.5 | | | Yes | |
| RFID Configuration Process | Give a run through the RFID configuration process again. Provide a practical demo and use ILT PPT | Water spider & QCG | | | 1.5 | | | | | Hardwares yet to ready |
| Defect Code training | 00: Out of spec | Water spider & QCG | | | 3 | | | | | Planned on 2020.02.27 |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

 

---

**From:** Sivakumar Palaniyandi
**Sent:** Monday, February 24, 2020 10:24 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; Anoop Sudheendra <asudheendra@vaeso.com>; Madhu Seshadri <mseshadri@vaeso.com>; Amit Singh Bedi <abedi@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Amit Gupta <agupta@vaeso.com>
**Cc:** Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-21

Dear All,

Regret for the below error. There is no wastages.

Pls. find the revised.

**SII Specialist Daily Report**

Date: 2020.02.21

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Vaeso Live overview | Overview + Vaeso Video | Water spider | 57 | 49 | 1.5 | | | | Yes | |
| RFID functionality training | Give a run through the RFID configuration process again. Provide a pr | Water Spiders & QCG | 57 | 49 | 1.5 | 1.5 | | | Yes | |
| Tablet Functionality | Basic operation of tablet functionality | Water Spider & QCG | 57 | 49 | 1.5 | | | | Yes | |
| Introduction to vaeso live platform | Practical Demonstration of SFLC and the logging of defect codes | QCG | | | 1.5 | | | | | Hardwares yet to ready |

**Specialist Corner** — Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |

**TL's corner**

| Please provide your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. Prepared detailed revised learning schedule & factory agreed to adherence on that. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



---

**From:** Jose Suarez <jsuarez@vaeso.com>
**Sent:** Sunday, February 23, 2020 3:18 AM
**To:** Sivakumar Palaniyandi <spalaniyandi-ext@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; Anoop Sudheendra <asudheendra@vaeso.com>; Madhu Seshadri <mseshadri@vaeso.com>; Amit Singh Bedi <abedi@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Amit Gupta <agupta@vaeso.com>
**Cc:** Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-21

Great job – step by step progress.

Question: please explain why we had 1 hour of Wastage – and what Wastage in this case means?

---

**From:** Sivakumar Palaniyandi <spalaniyandi-ext@vaeso.com>
**Sent:** Friday, February 21, 2020 11:33 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>; Sandeep Gangadhar <sgangadhar@vaeso.com>; Vinay Chandra <vchandra@vaeso.com>; Anoop Sudheendra <asudheendra@vaeso.com>; Madhu Seshadri <mseshadri@vaeso.com>; Amit Singh Bedi <abedi@vaeso.com>; Balaji Ramachandran <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; Lucas Navarro <lnavarro@vaeso.com>; Regis Vogel <rvogel@vaeso.com>; Bill Blay <bblay@vaeso.com>; George Rathbun <grathbun@vaeso.com>; Amit Gupta <agupta@vaeso.com>
**Cc:** Ilamparthi Harikrishnan <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-21

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-21.

**SII Specialist Daily Report**

Date: 2020.02.21

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Vaeso Live overview | Overview + Vaeso Video | Water spider | 57 | 49 | 1.5 | | | | Yes | |
| RFID functionality training | Give a run through the RFID configuration process again. Provide a practical demo and use ILT PPT | Water Spiders & QCG | 57 | 49 | 1.5 | 1 | 1 | | Yes | |
| Tablet Functionality | Basic operation of tablet functionality | Water Spider & QCG | 57 | 49 | 1.5 | | | | Yes | |
| Introduction to vaeso live platform | Practical Demonstration of SFLC and the logging of defect codes | QCG | | | 1.5 | | | | | Hardwares yet to ready |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 5 | |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | 5 | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | 5 | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | As per plan completed learning session for both the shift. Prepared detailed revised learning schedule & factory agreed to adherence on that. | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

**vaēso** | Crafting value from visibility

---

**From:** Sivakumar Palaniyandi
**Sent:** Friday, February 21, 2020 9:36 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; 'syadav' <syadav@vaeso.com>; 'Shahabudin Iqbal Ahmed' <siqbal-ext@vaeso.com>; 'Sandeep Gangadhar' <sgangadhar@vaeso.com>; 'Vinay Chandra' <vchandra@vaeso.com>; 'Anoop Sudheendra' <asudheendra@vaeso.com>; 'Madhu Seshadri' <mseshadri@vaeso.com>; 'Amit Singh Bedi' <abedi@vaeso.com>; 'Balaji Ramachandran' <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; lnavarro@vaeso.com; 'Regis Vogel' <rvogel@vaeso.com>; 'Bill Blay' <bblay@vaeso.com>; 'George Rathbun' <grathbun@vaeso.com>; Amit Gupta <agupta@vaeso.com>
**Cc:** iharikrishnan-ext@vaeso.com; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-20

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-20.

**SII Specialist Daily Report**

Date: 2020.02.20

**Learning Activity**

| Activity | Description | Audience | Planned Attendance | Actual Attendance | Planned Hours | Actual Hours | Wastage (Hours) | Wastage Cause | Activity Executed | Reason (if not executed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Tablet Functionality | Basic operation of tablet functionality | Water Spider & QCG | | | 1.5 | | | | | Planned on 2020.02.21 |
| Introduction to vaeso live platform | Practical Demonstration of SFLC and the logging of defect codes | QCG | | | 1.5 | | | | | Planned on 2020.02.21 |

**Specialist Corner**   Rate following on a scale of 1 to 5

| Question | Choose 1 to 5 | Comment (if<5) |
|---|---|---|
| How close you were to completing all the tasks of the day? | 3 | We received revised Learning session schedule from factroy |
| How closely did you adhere to the schedule? | 5 | |
| How satisfied were the participants in the training? | NA | |
| How stable was the application today? | NA | |
| How positive was factory's feedback on the program? | NA | |
| How successful were the trial results? | NA | |
| How good was the hardware performance today? | NA | |
| How good was network performance today? | NA | |
| How supportive was factory to the program today? | 5 | |

**Escalations**

| What | Who | When | Where | Root Cause |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TL's corner**

| Please proivde your feedback on how to address the lowlights & escalations of the day | Highlights | Lowlights |
|---|---|---|
| | We received New Training schedule from factory. We will start training form 2020.02.21 | |

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit

spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7



**From:** Sivakumar Palaniyandi
**Sent:** Thursday, February 20, 2020 10:38 AM
**To:** Jose Suarez <jsuarez@vaeso.com>; 'syadav' <syadav@vaeso.com>; 'Shahabudin Iqbal Ahmed' <siqbal-ext@vaeso.com>; 'Sandeep Gangadhar' <sgangadhar@vaeso.com>; 'Vinay Chandra' <vchandra@vaeso.com>; 'Anoop Sudheendra' <asudheendra@vaeso.com>; 'Madhu Seshadri' <mseshadri@vaeso.com>; 'Amit Singh Bedi' <abedi@vaeso.com>; 'Balaji Ramachandran' <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; lnavarro@vaeso.com; 'Regis Vogel' <rvogel@vaeso.com>; 'Bill Blay' <bblay@vaeso.com>; 'George Rathbun' <grathbun@vaeso.com>
**Cc:** iharikrishnan-ext@vaeso.com; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-19

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-19.



Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

**From:** Sivakumar Palaniyandi
**Sent:** Tuesday, February 18, 2020 8:52 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; 'syadav' <syadav@vaeso.com>; 'Shahabudin Iqbal Ahmed' <siqbal-ext@vaeso.com>; 'Sandeep Gangadhar' <sgangadhar@vaeso.com>; 'Vinay Chandra' <vchandra@vaeso.com>; 'Anoop Sudheendra' <asudheendra@vaeso.com>; 'Madhu Seshadri' <mseshadri@vaeso.com>; 'Amit Singh Bedi' <abedi@vaeso.com>; 'Balaji Ramachandran' <bramachandran-ext@vaeso.com>; 'keerthi@highpeaksw.com' <keerthi@highpeaksw.com>; 'lnavarro@vaeso.com' <lnavarro@vaeso.com>; 'Regis Vogel' <rvogel@vaeso.com>; 'Bill Blay' <bblay@vaeso.com>; 'George Rathbun' <grathbun@vaeso.com>
**Cc:** 'iharikrishnan-ext@vaeso.com' <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-18

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-18.

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

**From:** Sivakumar Palaniyandi
**Sent:** Sunday, February 16, 2020 6:54 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; 'syadav' <syadav@vaeso.com>; 'Shahabudin Iqbal Ahmed' <siqbal-ext@vaeso.com>; 'Sandeep Gangadhar' <sgangadhar@vaeso.com>; 'Vinay Chandra' <vchandra@vaeso.com>; 'Anoop Sudheendra' <asudheendra@vaeso.com>; 'Madhu Seshadri' <mseshadri@vaeso.com>; 'Amit Singh Bedi' <abedi@vaeso.com>; 'Balaji Ramachandran' <bramachandran-ext@vaeso.com>; keerthi@highpeaksw.com; lnavarro@vaeso.com; 'Regis Vogel' <rvogel@vaeso.com>; 'Bill Blay' <bblay@vaeso.com>; 'George Rathbun' <grathbun@vaeso.com>
**Cc:** iharikrishnan-ext@vaeso.com; Suresh Kumar Perumal <sperumal-ext@vaeso.com>
**Subject:** RE: SI201.001 SII Specialist Daily Report V01-Farida 2020-02-15

Dear All,

Please find the attachment of SI201.001 SII Specialist Daily Report V01-Farida 2020-02-15.

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

**vaēso** | Crafting value from visibility

---

**From:** Sivakumar Palaniyandi
**Sent:** Saturday, February 15, 2020 4:32 PM
**To:** Jose Suarez <jsuarez@vaeso.com>; 'Balaji Ramachandran' <bramachandran-ext@vaeso.com>; Bill Blay <bblay@vaeso.com>; Sandeep Yadav <syadav@vaeso.com>; George Rathbun <grathbun@vaeso.com>
**Cc:** 'iharikrishnan-ext@vaeso.com' <iharikrishnan-ext@vaeso.com>; Suresh Kumar Perumal <sperumal-ext@vaeso.com>; Shahabudin Iqbal Ahmed <siqbal-ext@vaeso.com>
**Subject:** SI201.001 Farida Daily report V01 2020-02-14

Dear All,

Please find the attachment of SI201.001 Farida Daily report V01 2020-02-14.

Best Regards,

**Sivakumar Palaniyandi**
Consulting Business Unit
spalaniyandi@impactiva.com
M: +91 908 003 5124
Skype: live:.cid.b785f7afa87464e7

**vaēso** | Crafting value from visibility