| | |
|---|---|
| **From:** | Jose R Suarez |
| **To:** | McKay, Jack |
| **Cc:** | Kailas, Leo |
| **Subject:** | FW: Thanks for taking the time to speak to Regis and I this morning |
| **Date:** | Wednesday, August 31, 2022 4:37:36 PM |
| **Attachments:** | DS205.01 SFLC Business Analysis & Design V18 2018-07-05.xlsx |

**ALERT:** This message originated outside of your network. BE CAUTIOUS before clicking any link or attachment.

**From:** Jose R Suarez
**Sent:** Saturday, July 7, 2018 8:52 PM
**To:** Vinay Chandra <vinay@highpeaksw.com>
**Cc:** Regis Vogel <regis.vogel@gmail.com>; Renaud Clausse <rclausse@impactiva.com>; Regis Vogel <rvogel@impactiva.com>; Keerthi Shekar <keerthi@highpeaksw.com>
**Subject:** RE: Thanks for taking the time to speak to Regis and I this morning

Vinay

Enclosed is our Shop Floor Live Control (SFLC) Business Analysis & Design.  Please treat this document as confidential – i.e. only those who need to know are shown.

Good weekend,
Jose

**From:** Keerthi Shekar <keerthi@highpeaksw.com>
**Sent:** Saturday, July 7, 2018 3:15 PM
**To:** Regis Vogel <rvogel@impactiva.com>
**Cc:** Regis Vogel <regis.vogel@gmail.com>; Renaud Clausse <rclausse@impactiva.com>; Jose R Suarez <jsuarez@impactiva.com>; Vinay Chandra <vinay@highpeaksw.com>
**Subject:** Re: Thanks for taking the time to speak to Regis and I this morning

> Hi Regis,
>
> Nice to e-meet you. Anytime between 8am - 12pm CST works for me. If that isnt possible, do let me know when you are available for a call. I should be able to make time.
>
> Do let us know if anything else is needed for the call.
>
> Regards,
> Keerthi Shekar
>
> On Sun, Jul 8, 2018 at 12:39 AM Vinay Chandra <vinay@highpeaksw.com> wrote:

Hi Regis,

Good talking to you this morning. Wanted to introduce you to Keerthi Shekar, our Director of Technology. I have briefed Keerthi on our conversation and he will reach out to you so that he can schedule a call at your convenience. Also please find attached a sampling of some of the products that we have built. This should set some context for your discussion with Keerthi. Also happy to share customer references you could talk to in the event you would like to do more due diligence.

If you have any questions please feel free to contact either of us.

Regards,
Vinay

On Sat, Jul 7, 2018 at 11:21 AM Jose R Suarez <jsuarez@impactiva.com> wrote:

Hi Vinay

As agreed, enclosed is our NDA.  Please sign and then here are our proposed next steps:

- We send our Shop Floor Live Control (SFLC) business design
- Regis and your CTO speak as early as possible (Monday as you said if Regis is available – Regis please confirm)
- Regis gives green light to your development philosophy, systems, tools
- We have a telco Thu/Fri to define the higher level SFLC vision / storyboard
- High Peak provides a budget and timeline to program all 6 modules of SFLC with timeline to have the write frame / UI and alpha version of Module I (QC Gatekeeper) up and running

Good weekend,
Jose