UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAESO, INC., <br><br>                          Plaintiff, <br> -v- <br> HIGH PEAK SOFTWARE, INC., <br><br>                          Defendant, <br><hr> HIGH PEAK SOFTWARE, INC., <br><br>                          Counterclaim Plaintiff, <br> -v- <br> VAESO, INC., <br><br>                          Counterclaim Defendant, <br> and <br> IMPACTIVA S. DE R.I., <br><br>                          Third-Party Defendant. | 22 Civ. 1220 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 6, 2022, the Court received plaintiff Vaeso and thirty-party defendant Impactiva's letter describing discovery lapses. Dkt. 70. On September 12, 2022, the Court received defendant High Peak Software's response, which stated that two of the three issues identified by Vaeso and Impactiva have been mooted by High Peak Software's recent productions. Dkt. 75.

To ensure that the Court has a clear portrait of which issues, if any, remain disputed, the Court orders Vaeso and Impactiva to jointly file with the Court a letter reply by September 15, 2022.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: September 14, 2022
       New York, New York